UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE CO.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEBER ENTERPRISE TRUCKING CORP., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03720-FLA (ASx)<br><br>**ORDER STRIKING ANSWER [DKT. 19] AS TO DEFENDANT WEBER ENTERPRISE TRUCKING CORPORATION ONLY AND EXTENDING THIS DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT** |

# **ORDER**

On May 3, 2024, Plaintiff Mesa Underwriters Specialty Insurance Company, ("Plaintiff") filed the Complaint in this action, asserting claims against Defendants Weber Enterprise Trucking Corporation ("Weber Corporation"), Shane Josef Weber ("Weber"), and Forest Lawn Memorial-Park Association ("Forest Lawn").  Dkt. 1.  On July 26, 2024, Forest Lawn was dismissed from the action pursuant to a stipulation by the parties.  Dkt. 18.  On August 7, 2024, Weber filed an Answer in *pro se*, on his behalf and purportedly on behalf of Weber Corporation.  Dkt. 19.

A corporation may appear in federal court only through licensed counsel. *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993); *United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  As Weber has not established he is an attorney licensed to practice law in California, he is not qualified legally to act on behalf of Weber Corporation in this action.

The court, therefore, STRIKES the Answer (Dkt. 19) with respect to Weber Corporation only.  The Answer remains Weber's operative responsive pleading.  The court EXTENDS Weber Corporation's deadline to respond to the Complaint to 30 days from the date of this Order, to allow Weber Corporation sufficient time to retain counsel and file a valid response.

IT IS SO ORDERED.

Dated: August 9, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge